430

705 A.2d 765

IN THE MATTER OF JAY LAWRENCE FULMER,
AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on October 20, 1997, having filed with the Court its decision concluding that **JAY LAWRENCE FULMER** of **CHERRY HILL,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *Rule* 1:21–1(a) (failure to maintain a *bona fide* office), *Rule* 1:28–2 (failure to pay the annual assessment to the New Jersey Lawyers' Fund for Client Protection) and *RPC* 5.5(a) (practicing law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction), and good cause appearing;

It is ORDERED that **JAY LAWRENCE FULMER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.